UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § § § § § § § § | CRIMINAL NO: 4:23-cr-556-S |
| v. | | |
| JOSE LUIS REYES-MARTINEZ | | |

## ORDER FOR ISSUANCE OF NOTICE

A  SUPERSEDING INDICTMENT  has been filed against the defendant who is

☐ Released on Conditions   ☐ Detained   ☑ In Custody   It is

ORDERED that a notice be issued for the appearance of said defendant 02/09/2024

at  02:00 p.m.  .

SIGNED at Houston, Texas, on   February 01, 2024   .


_____
UNITED STATES MAGISTRATE JUDGE