# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

**UNITED STATES OF AMERICA**

v.  Cr. No. H-23-0556-S1

**JOSE LUIS REYES-MARTINEZ**

## O R D E R

The Court has considered the Unopposed First Motion to Continue, wherein counsel for Defendant, Jose Luis Reyes-Martinez, has represented that more time is needed to conduct discovery, prepare pretrial motions, and prepare for trial, and that failure to grant a continuance would result in a miscarriage of justice. Based on the representations made in the Unopposed First Motion to Continue, the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public, as well as the Defendant, to a speedy trial. The Court also finds that pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B), failure to grant a continuance would result in the miscarriage of justice, and that a continuance is necessary to allow reasonable time for trial preparation.

The Unopposed First Motion to Continue is therefore GRANTED. It is ORDERED that a period of excludable delay shall commence on, _____, 2024, pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B). The period of excludable delay shall end at commencement of trial or disposition of charges.

Pretrial motions shall be filed by _____.

Responses shall be filed by _____.

A pretrial conference is set for _____ at _____ am / pm.

Trial in this case is set for _____ at _____ am / pm.

SIGNED at Houston, Texas, on the ___ day of _____ 2024.

_____
SIM LAKE,
UNITED STATES DISTRICT JUDGE